# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| **IN RE: ALLERGAN BIOCELL TEXTURED BREAST IMPLANT PRODUCTS LIABILITY LITIGATION** | : <br> : Case No. 2:19-md-02921 (BRM) (JAD) <br> : MDL No. 2921 <br> : <br> : JUDGE BRIAN R. MARTINOTTI <br> : JUDGE JOSEPH A. DICKSON |

**THIS DOCUMENT RELATES TO:**

*D.F., et al. v. Allergan, Inc., et al.*, **Case No.: 2:19-cv-21605-BRM-JAD**

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiffs and their undersigned counsel hereby give notice that they voluntarily dismiss this action without prejudice.

Dated: July 17, 2020

SIMMONS HANLY CONROY

By: /s/ *Mitchell M. Breit*
Mitchell M. Breit
Laura S. Fitzpatrick
Thein An V. Truong
112 Madison Avenue, 7th Floor
New York, New York 10016
Telephone: 212.784.6400
Facsimile: 212.213.5949
mbreit@simmonsfirm.com
lfitzpatrick@simmonsfirm.com
atruong@simmonsfirm.com

**SO ORDERED:**

_____
**BRIAN R. MARTINOTTI, U.S.D.J**
**Dated:** July 20, 2020

**CERTIFICATE OF SERVICE**

      I hereby certify that on July 17, 2020, I electronically filed the foregoing document using the CM/ECF system which will send notification of such filing to the e-mail addresses registered in the CM/ECF system, as denoted on the Electronic Mail Notice List.

                                            */s/ Mitchell M. Breit*